UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **EDWARD ZENO** #542792 | **CIVIL ACTION NO. 6:18-00243** **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SANDY MCCAIN** | **MAGISTRATE JUDGE HANNA** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in Monroe, Louisiana, on this 1st day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE